# U.S. District Court
# Western District of Wisconsin (Madison)
# CIVIL DOCKET FOR CASE #: 3:19−cv−00636−slc

Smith, Jasmine v. HellermannTyton Corporation  
Assigned to: Magistrate Judge Stephen L. Crocker  
Cause: 29:201 Fair Labor Standards Act

Date Filed: 08/02/2019  
Date Terminated: 08/29/2019  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question

**Plaintiff**

**Jasmine Smith**  
*On behalf of herself and all others similarly situated*

represented by **James A. Walcheske**  
Walcheske & Luzi, LLC  
15850 W. Bluemound Road  
Suite 304  
Brookfield, WI 53005  
262−780−1953  
Fax: 2625656469  
Email: jwalcheske@walcheskeluzi.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Scott Stanton Luzi**  
Walcheske & Luzi, LLC  
Suite 304  
15850 W. Bluemound Road  
Brookfield, WI 53005  
262−780−1953  
Fax: 262−565−6469  
Email: sluzi@walcheskeluzi.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HellermannTyton Corporation**

represented by **Joel Scott Aziere**  
Buelow Vetter Buikema Olson & Vliet, LLC  
20855 Watertown Road  
Suite 200  
Waukesha, WI 53186  
262−364−0260  
Fax: 262−364−0280  
Email: jaziere@buelowvetter.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2019 | Ï 1 | COMPLAINT against HellermannTyton Corporation, ( Filing fee $ 400 receipt number 0758−2513868.), filed by Jasmine Smith, (Attachments: |

| | | |
|---|---|---|
| | | # 1 JS–44 Civil Cover Sheet,<br># 2 Summons – David W. Sladky,<br># 3 Jasmine Smith Consent to Join Form) (Luzi, Scott) Modified on 8/2/2019. (lak) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 2 | Notice of Appearance filed by Scott Stanton Luzi for Plaintiff Jasmine Smith. (Luzi, Scott) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 3 | Notice of Appearance filed by James A. Walcheske for Plaintiff Jasmine Smith. (Walcheske, James) (Entered: 08/02/2019) |
| 08/02/2019 | Ï | Case randomly assigned to Magistrate Judge Stephen L. Crocker. (jat) (Entered: 08/02/2019) |
| 08/02/2019 | Ï | Standard attachments for Magistrate Judge Stephen L. Crocker required to be served on all parties with summons or waiver of service: Corporate Disclosure Statement, Order Regarding Assignment of Cases, Notice of Assignment to a Magistrate Judge and Consent/Request for Reassignment, Order on Dispositive Motions. (jat) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 4 | Summons Issued as to HellermannTyton Corporation. (jat) (Entered: 08/02/2019) |
| 08/28/2019 | Ï 5 | Notice of Appearance filed by Joel Scott Aziere for Defendant HellermannTyton Corporation. (Aziere, Joel) (Entered: 08/28/2019) |
| 08/28/2019 | Ï 6 | Stipulation for Change of Venue by Plaintiff Jasmine Smith. (Luzi, Scott) Modified on 8/28/2019. (lak) (Entered: 08/28/2019) |
| 08/29/2019 | Ï 7 | ** TEXT ONLY ORDER **<br>ORDER accepting 6 Stipluation for Change of Venue. This case is transferred to the Eastern District of Wisconsin. Signed by Magistrate Judge Stephen L. Crocker on 8/29/19. (jat) (Entered: 08/29/2019) |